THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff in Error, *v.* LASER SHULMAN et al., Defendants in Error.

(Argued January 22, 1879; decided March 25, 1879.)

A MAJORITY of the court did not concur in any opinion written herein. (Reported below, 14 Hun, 516.)

*Horace Russell* for plaintiff in error.

*John O. Mott* for defendants in error.

EARL, J., reads opinion for reversal of judgment of General Term, and affirmance of that of the Court of Sessions; FOLGER and MILLER, JJ., concur.

DANFORTH, J., read for affirmance; CHURCH, Ch. J., concurs;

RAPALLO and ANDREWS, JJ., were also for affirmance, without dissenting from all that is said by EARL, J.

Judgment affirmed.